USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/17/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SHAWN CAREY, MSS CAPITAL, LLC, HUNTS ROAD, LLC, ION1 LLC, BRICKELL CAPITAL SOLO 401K TRUST, KAILEY LEWIS, EDWARD REINLE, EMANUEL VALADAKIS, and ZITAH MCMILLAN-WARD, *individually and on behalf of all others similarly situated*,

    Plaintiffs,

-against-

MICHAEL MOE and PETER B. RITZ, LZG INTERNATIONAL, INC., ROGER HAMILTON, and GENIUS GROUP LIMITED,

    Defendants.

1:24-cv-7551-MKV

SCHEDULING ORDER

MARY KAY VYSKOCIL, United States District Judge:

    On October 4, 2024 this action was commenced with the filing of a complaint. [ECF No. 1]. The docket does not reflect that Defendants have been served and no Defendant has appeared. The Court is now in receipt of a motion to consolidate this case with *Genius Group Limited v. LZG International, Inc. et al*, Case No. 1:24-CV-08464, [ECF No. 13], a related case recently reassigned to the undersigned.

    Accordingly, the Court directs counsel for all parties to appear at a Status Conference on January 6, 2025 at 1:00 PM in Courtroom 18C of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York. At this Conference the parties should be prepared to discuss the status of this action and the pending motion to consolidate this case with *Genius Group Limited v. LZG International, Inc. et al*, Case No. 1:24-CV-08464 filed by Plaintiffs.

**SO ORDERED.**

Dated: December 17, 2024
    New York, New York

_____
HON. MARY KAY VYSKOCIL
United States District Judge