# EXHIBIT A

| | |
|---|---|
| **Subject:** | Re: GNS-LZGI Litigation |
| **Date:** | Tuesday, October 22, 2024 at 12:00:28 PM Eastern Daylight Time |
| **From:** | David Hoffner <hoffner@hoffnerpllc.com> |
| **To:** | Bernardo Nacouzi de Mello Franco <bernardo@axslawgroup.com> |
| **CC:** | Jeff Gutchess <jeff@axslawgroup.com>, Lina Cohen <lina@axslawgroup.com> |
| **Attachments:** | image001.png, image002.png, image003.gif, image004.png, image005.png, image006.png, image007.png |

Bernardo,
In my previous interaction with your firm, I represented Genius Group Limited only.
In any event, I am not authorized to accept service on behalf of either GNS or Mr. Hamilton.

_____
David S. Hoffner, Esq.
Hoffner PLLC
208 Waverly Avenue
Mamaroneck, NY 10543
Tele: 917.881.1039
Email: hoffner@hoffnerpllc.com
         hoffnerpllc@gmail.com


On Mon, Oct 21, 2024 at 12:36 PM Bernardo Nacouzi de Mello Franco <bernardo@axslawgroup.com> wrote:

> Good morning Mr. Hoffner,
>
> Our firm represents the Plaintiffs in two lawsuits filed against your clients GNS and Roger Hamilton. Please see attached for copies of (a) the class action complaint filed in the SDNY, and (b) the derivative suit filed in Florida.
>
> Can you please confirm if you are authorized to accept service of both complaints on behalf of your clients?
>
> Thanks very much.
>
> Best,
>
> Bernardo
>
> 

**BERNARDO FRANCO**
bernardo@axslawgroup.com / m: 917.392.4989

**AXS Law Group, PLLC**
o: 305.297.1878
2121 NW 2nd Ave, Suite 201 Wynwood, FL 33127
http://www.axslawgroup.com



NOTICE:  The information contained in this email and any document attached hereto is intended only for the named recipient(s). If you are not the intended recipient, nor the employee or agent responsible for delivering this message in confidence to the intended recipient(s), you are hereby notified that you have received this transmittal in error, and any review, dissemination, distribution or copying of this transmittal or its attachments is strictly prohibited. If you have received this transmittal and/or attachments in error, please notify me immediately by reply e-mail and then delete this message, including any attachments.