# EXHIBIT B

## RETURN OF NON-SERVICE

UNITED STATES DISTRICT COURT
Soutern District of New York

Index Number: 24-CV-07551

Date Filed: _____

Plaintiff:
**SHAWN CAREY, ET AL.,**

vs.


VER2024001755

Defendant:
**MICHAEL MOE, ET AL.,**

For:
Jeffrey W. Gutchess, Esq.
AXS Law Group, PLLC.
2121 NW 2nd Avenue
Ste. 201
Wynwood, FL 33127

Received by One Call Legal, Inc. on the 19th day of November, 2024 at 9:00 am to be served on **GENIUS GROUP LIMITED C/O JOLIE KAHN, ESQ., 12 E. 49TH STREET, 11TH FLOOR, NEW YORK, NY 10017.**

I, Alvin Gonzalez, do hereby affirm that on the **20th day of November, 2024** at **1:40 pm, I:**

**NON-SERVED** the **Summons and Class Action Complaint** for the reason that I failed to find **GENIUS GROUP LIMITED C/O JOLIE KAHN, ESQ.** or any information to allow further search. Read the comments below for further details.

**Additional Information pertaining to this Service:**
11/20/2024  1:40 pm  SERVICE ATTEMPTED: 12 E 48TH STREET, 11TH FLOOR, NEW YORK, NY - DEPONENT WENT TO THE SERVICE ADDRESS ON THE ABOVE DATE AND TIME AND SPOKE TO JOHN DOE, WHO REFUSED TO GIVE HIS TRUE NAME, SECURITY SPECIALIST ON POST IN THE LOBBY AND FOUND THE WE WORK OFFICE WHERE THE CORPORATE DEFENDANT GENIUS GROUP LIMITED WAS RENTING OFFICE WAS MOVED TO AN UNDETERMINED ADDRESS.

DEPONENT THEN CALLED THE REGISTERED AGENT JOLIE KAHN, ESQ. AT 516-217-6379 ON NOVEMBER 20, 2024, AT 1:50 P.M., AND EXPLAINED THE GENERAL NATURE OF THE PAPERS TO THE REGISTERED AGENT WHO THEN REFUSED TO ARRANGE FOR A CONVENIENT TIME FOR SERVICE WITH DEPONENT.

## RETURN OF NON-SERVICE For 24-CV-07551

I certify that I am over the age of 18, have no interest in the above action, and I am a Certified Process Server, in good standing, in the judicial circuit in which the process was served. Under penalty of perjury, I declare that I have read the foregoing document and that the facts stated in it are true. No notary required per FL. Stat. 92.525(2).

_____
**Alvin Gonzalez**
Process Server

One Call Legal, Inc.
10 Canal Street, # 222
Miami Springs, FL 33166
(305) 460-8077

Our Job Serial Number: VER-2024001755

Copyright © 1992-2024 DreamBuilt Software, Inc. - Process Server's Toolbox V9.0a