# EXHIBIT C

| | |
|---|---|
| **Subject:** | Re: GNS v. LZGI - Motion to Intervene Inquiry |
| **Date:** | Thursday, December 5, 2024 at 11:42:32 AM Eastern Standard Time |
| **From:** | Mark R. Basile, Esq. <mark@thebasilelawfirm.com> |
| **To:** | Bernardo Nacouzi de Mello Franco <bernardo@axslawgroup.com> |
| **CC:** | Christopher Basile <chris@thebasilelawfirm.com>, Jeff Gutchess <jeff@axslawgroup.com>, Joseph Rose <joe@thebasilelawfirm.com> |
| **Attachments:** | Screen Shot 2022-09-30 at 12.08.42 PM.png |

Bernardo:

There is no way to consolidate a Petition action that will not discuss nor resolve any substantive issues, with a civil case that is based solely on substantive issues.

You can try, but we will oppose and unfortunately seek sanctions as such an attempt would be frivolous. Please reconsider your paths carefully.

**Mark R. Basile, Esq.**  l Senior Attorney l The Basile Law Firm P.C.
*Main:* 516-455-1500  l  *Direct:* 516-455-1500; Ext. 110  l  Fax: 631-498-0478
*E-mail:* mark@thebasilelawfirm.com l   LinkedIn  l   *Website:* www.thebasilelawfirm.com
*New York Office:* 390 N. Broadway - Ste. 140 Jericho, New York 11753
**Dallas  l  New York  l  Naples**

 

The Basile Law Firm P.C. ("TBLF") has sent you this email communication and it is not to be reproduced and/or distributed to anyone else other than the intended recipient. The information in this email is considered extremely confidential, it may be legally privileged, and it may contain material non-public information regarding the public company or companies mentioned herein. The information contained herein is deemed to be taken from reliable sources although no guarantee can be made that the information herein is completely accurate or correct. It is intended solely for the addressee. Access to this email by anyone else is unauthorized. If you are not the intended recipient, any disclosure, copying, distribution or any action taken in reliance upon it is strictly prohibited and may be unlawful. Interception of this email is a crime under the Electronic Communications Privacy Act, 18 U.S.C. 2510-2521 and 2701-2709. The information contained herein or any attachment contained herein does not constitute any kind of research report nor is it a recommendation to buy or sell any security mentioned herein whatsoever, and as such, it should not be construed to contain any research report analysis whatsoever. This email may contain forward looking statements. Any unlawful trading of a company's publicly-traded stock mentioned herein on the recipient's behalf as a result of reading and reviewing the confidential information may be considered "insider trading" by the SEC and/or FINRA, and therefore; TBLF is not responsible for any such actions taken on behalf of the recipient. Past performance is not a guarantee of future results. Any information provided is for informational purposes only and does not constitute a recommendation. This e-mail is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon, this information by persons or entities other than the intended recipient is prohibited. If you receive this message in error, please contact the sender immediately and delete the material from your computer

> On Dec 5, 2024, at 11:30 AM, Bernardo Nacouzi de Mello Franco <bernardo@axslawgroup.com> wrote:
>
> Hi Mark,
>
> Thank you for taking the time to talk. It was very nice to meet you all.
>
> We won't withdraw the motion to intervene and we will file a motion to

consolidate the class action with GNS's case. Please let us know if you consent to consolidation. Thanks much.

Best,

Bernardo


<image001.png>

**BERNARDO FRANCO**
bernardo@axslawgroup.com / m: 917.392.4989

**AXS Law Group, PLLC**
o: 305.297.1878
2121 NW 2nd Ave, Suite 201 Wynwood, FL 33127
http://www.axslawgroup.com

NOTICE:  The information contained in this email and any document attached hereto is intended only for the named recipient(s). If you are not the intended recipient, nor the employee or agent responsible for delivering this message in confidence to the intended recipient(s), you are hereby notified that you have received this transmittal in error, and any review, dissemination, distribution or copying of this transmittal or its attachments is strictly prohibited. If you have received this transmittal and/or attachments in error, please notify me immediately by reply e-mail and then delete this message, including any attachments.

---

**From:** Christopher M. Basile, Esq. <chris@thebasilelawfirm.com>
**Date:** Thursday, December 5, 2024 at 9:36 AM
**To:** Jeff Gutchess <jeff@axslawgroup.com>, Bernardo Nacouzi de Mello Franco <bernardo@axslawgroup.com>
**Cc:** Joe Rose <joe@thebasilelawfirm.com>, Mark R. Basile, Esq. <mark@thebasilelawfirm.com>
**Subject:** GNS v. LZGI - Motion to Intervene Inquiry

Jeff and Bernardo:

It was a pleasure speaking with you both. In the SDNY special proceeding that we commenced, the Court gave us a deadline on December 6, 2024 to respond to your motion to intervene. In light of our discussion yesterday, do you plan on withdrawing your motion?

As we suggested yesterday, it would be more beneficial for your clients to send a written request to intervene in the arbitration proceeding in front of the International Chamber of Commerce instead of intervening in this immediate proceeding.

Very Best Regards,

--

**Christopher M. Basile, Esq.**  |  Member Attorney  |  The Basile Law Firm P.C.
Main: 516-455-1500  |  Direct: 516-455-1500; Ext. 115  |  Fax: 631-498-0478
E-mail: chris@thebasilelawfirm.com  |  LinkedIn  |  Website: www.thebasilelawfirm.com
New York Office: 390 N. Broadway - Ste. 140 Jericho, New York 11753
**Dallas  |  New York  |  Naples**




The Basile Law Firm ("TBLF") has sent you this email communication and it is not to be reproduced and/or distributed to anyone else other than the intended recipient.  The information in this email is considered extremely confidential, it may be legally privileged, and it may contain material non-public information regarding the public company or companies mentioned herein.  The information contained herein is deemed to be taken from reliable sources although no guarantee can be made that the information herein is completely accurate or correct.  It is intended solely for the addressee.  Access to this email by anyone else is unauthorized. If you are not the intended recipient, any disclosure, copying, distribution or any action taken in reliance upon it is strictly prohibited and may be unlawful. Interception of this email is a crime under the Electronic Communications Privacy Act, 18 U.S.C. 2510-2521 and 2701-2709.  The information contained herein or any attachment contained herein does not constitute any kind of research report nor is it a recommendation to buy or sell any security mentioned herein whatsoever, and as such, it should not be construed to contain any research report analysis whatsoever.  This email may contain forward looking statements.  Any unlawful trading of a company's publicly-traded stock mentioned herein on the recipient's behalf as a result of reading and reviewing the confidential information may be considered "insider trading" by the SEC and/or FINRA, and therefore; TBLF is not responsible for any such actions taken on behalf of the recipient. Past performance is not a guarantee of future results. Any information provided is for informational purposes only and does not constitute a recommendation. This e-mail is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon, this information by persons or entities other than the intended recipient is prohibited. If you receive this message in error, please contact the sender immediately and delete the material from your computer