- 1 -

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SHAWN CAREY, MSS CAPITAL, LLC, HUNTS ROAD, LLC, ION1 LLC, BRICKELL CAPITAL SOLO 401K TRUST, KAILEY LEWIS, EDWARD REINLE, EMANUEL VALADAKIS and ZITAH MCMILLAN-WARD, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MICHAEL MOE, PETER B. RITZ, LZG INTERNATIONAL, INC., ROGER HAMILTON, and GENIUS GROUP LIMITED,<br><br>Defendants. | Case No. 1:24-cv-07551 |

### PLAINTIFFS' MOTION TO DESIGNATE LEAD PLAINTIFF AND APPROVE AXS LAW, PLLC AS LEAD COUNSEL

Plaintiffs, Shawn Carey, Hunts Road, LLC, Ion1 LLC, Brickell Capital Solo 401k Trust, Kailey Lewis, Edward Reinle, Emanuel Valadakis, and Zitah Mcmillan-Ward (the "Group"), move this Court for an order: (1) appointing the Group as Lead Plaintiff; (2) approving the Group's selection of AXS Law Group, PLLC to serve as Lead Counsel; and (3) granting other and further relief as the Court may deem just and proper. In support of this Motion, Plaintiffs submit a Memorandum of Law and the Declaration of Bernardo N. M. Franco, dated December 26, 2024.

Dated: December 26, 2024.

Respectfully submitted,

**AXS LAW GROUP, PLLC**
2121 NW 2nd Avenue, Suite 201
Miami, FL 33127
Tel:  305.297.1878

By: */s/ Jeffrey W. Gutchess*
Jeffrey W. Gutchess
jeff@axslawgroup.com
Bernardo N. de Mello Franco
bernardo@axslawgroup.com
eservice@axslawgroup.com

*Counsel for Proposed Lead Plaintiff
and Proposed Lead Counsel for the Class*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on December 26, 2024, a true and correct copy of the foregoing was served on all counsel of record via CM/ECF.

By: */s/ Jeffrey W. Gutchess*
Jeffrey W. Gutchess