# EXHIBIT A

# AXS LAW GROUP PLLC Files a Securities Class Action on Behalf of LZG International Inc. Investors (LZGI)



NEWS PROVIDED BY
**AXS LAW Group →**
Oct 25, 2024, 13:42 ET

MIAMI, Oct. 25, 2024 /PRNewswire/ -- **AXS LAW Group PLLC** announces that it has filed a class action lawsuit in the United States District Court for the Southern District of New York on behalf of persons and entities that purchased or acquired the securities of the Genius Group Limited ("GNS") (NYSE: **GNS**), as a result of the Merger between GNS and LZG International Inc. ("LZGI") (OTC: LZGI), between **December 1, 2023 to September 25, 2024**, inclusive (the "Class Period").

The case is captioned *Carey et al v. Moe et al*, Case No. 24-cv-07551-MKV, pending in the United States District Court for the Southern District of New York.

The complaint alleges that GNS, LZGI, and their senior officers and directors, including Michael Moe, Peter B. Ritz, and Roger Hamilton, violated federal securities laws by issuing materially false and misleading statements and engaging in a fraudulent scheme in connection with the GNS-LZGI merger. The lawsuit seeks to recover damages for shareholders under Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 and Rule 10b-5.

Investors who purchased or acquired GNS securities during the Class Period have until **60 days from the date of this notice** to move the court to be appointed as the lead plaintiff.

For more information about the lawsuit and your rights as a class member, or to join this action, please contact AXS LAW at 305.297.1878 or by email to **shareholders@axslawgroup.com**, or visit AXS LAW's website at **www.axslawgroup.com**.

This notice is published pursuant to the Private Securities Litigation Reform Act.

**About AXS LAW GROUP**
With offices in Miami, Los Angeles and Washington DC, AXS LAW is dedicated to providing practical and comprehensive solutions to complex matters. After decades at Big Law, we created AXS LAW with a view to disrupting the traditional law model to better address the needs of the modern business law consumer.  We do this first and foremost by bringing our own expertise as entrepreneurs.  Our attorneys are encouraged to pursue entrepreneurship and this, in turn, gives us the perspective and "guts" to help our clients navigate, not avoid, risk. And, unlike most law firms, we have personality.  We are not tethered to our chairs and desks; we are out there continually forging new and strengthening existing relationships in the business and wider community.  Our clients enjoy working with us! For more information, please visit  **www.axslawgroup.com**.

SOURCE AXS LAW Group

AXS LAW GROUP PLLC Files a Securities Class Action on Behalf of LZG International Inc. Investors (LZGI)	12/26/24, 12:02 PM

Case 1:24-cv-07551-MKV    Document 21-1    Filed 12/26/24    Page 3 of 3

**WANT YOUR COMPANY'S NEWS FEATURED ON PRNEWSWIRE.COM?**

**440k+**
Newsrooms &
Influencers

**9k+**
Digital Media
Outlets

**270k+**
Journalists
Opted In

**GET STARTED**