# EXHIBIT B

# Certification and Authorization of Named Plaintiff Pursuant to Federal Securities Laws

The individual or institution listed below (the "Plaintiff") authorizes and, upon execution of the accompanying retainer agreement by The AXS Law Group, PLLC, retains The AXS Law Group, PLLC to file an action under the federal securities laws to recover damages and to seek other relief against Michael Moe, Peter B. Ritz, LZG International, Inc., Roger Hamilton and Genius Group Limited. The AXS Law Group, PLLC will prosecute the action on a contingent fee basis and will advance all costs and expenses. The Michael Moe, Roger Hamilton, Peter B. Ritz, LZG International, Inc., Roger Hamilton and Genius Group Limited Retention Agreement provided to the Plaintiff is incorporated by reference, upon execution by The AXS Law Group, PLLC.

Name: Shawn Carey

Address: 1156 N New St

City: West Chester

State: PA

Zip: 19380

Country: United States of America

Facsimile: n/a

Phone: 610-246-8602

Email: shawncarey@gmail.com

Plaintiff certifies that:

1.      Plaintiff has reviewed the complaint and authorized its filing.

2.      Plaintiff did not acquire the security that is the subject of this action at the direction of plaintiff's counsel or in order to participate in this private action or any other litigation under the federal securities laws.

3.      Plaintiff is willing to serve as a representative party on behalf of a class, including providing testimony at deposition and trial, if necessary.

4.      Plaintiff represents and warrants that he/she/it is fully authorized to enter into and execute this certification.

5.      Plaintiff will not accept any payment for serving as a representative party on behalf of the class beyond the Plaintiff's pro rata share of any recovery, except such reasonable costs and

expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the court.

6.     Plaintiff has made no transaction(s) during the Class Period in the debt or equity securities that are the subject of this action except those set forth below:

Acquisitions:

| Type of Security | Buy Date | # of Shares | Price per Share |
|---|---|---|---|
| Common Stock | 07/27/2023 | 6,074,452 | 1.08 |

7.     I have not served as a representative party on behalf of a class under the federal securities laws during the last three years, except if detailed below. [ ]

I declare under penalty of perjury, under the laws of the

United States, that the information entered is accurate:     **YES**

Certification for **Shawn Carey** (cont.)

By clicking on the button below, I intend to sign and execute this agreement and retain the AXS Law Group, PLLC to proceed on Plaintiff's behalf, on a contingent fee basis.    **YES**

Date of signing: __12/26/2024_____



# Certification and Authorization of Named Plaintiff Pursuant to Federal Securities Laws

The individual or institution listed below (the "Plaintiff") authorizes and, upon execution of the accompanying retainer agreement by The AXS Law Group, PLLC, retains The AXS Law Group, PLLC to file an action under the federal securities laws to recover damages and to seek other relief against Michael M. Carter, Michael Moe, Roger Hamilton, Eric Pulier, Peter B. Ritz, Genius Group Limited. The AXS Law Group, PLLC will prosecute the action on a contingent fee basis and will advance all costs and expenses. The Michael M. Carter, Michael Moe, Roger Hamilton, Eric Pulier, Peter B. Ritz, Genius Group Limited Retention Agreement provided to the Plaintiff is incorporated by reference, upon execution by The AXS Law Group, PLLC

Name: **R. Scott Caputo**

Address: 59 La Costa Drive

City: Annandale

State: N.J.

Zip: 08801

Country: US

Facsimile:

Phone:908-255-9271

Email: scottcaputo@me.com

Plaintiff certifies that:

1.      Plaintiff has reviewed the complaint and authorized its filing.

2.      Plaintiff did not acquire the security that is the subject of this action at the direction of plaintiff's counsel or in order to participate in this private action or any other litigation under the federal securities laws.

3.      Plaintiff is willing to serve as a representative party on behalf of a class, including providing testimony at deposition and trial, if necessary.

4.      Plaintiff represents and warrants that he/she/it is fully authorized to enter into and execute this certification.

5.      Plaintiff will not accept any payment for serving as a representative party on behalf of the class beyond the Plaintiff's pro rata share of any recovery, except such reasonable costs and

expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the court.

6.    Plaintiff has made no transaction(s) during the Class Period in the debt or equity securities that are the subject of this action except those set forth below:

Acquisitions:

| Type of Security | Buy Date | # of Shares | Price per Share |
|---|---|---|---|
| Common Stock | 04/28/22 | 1,500,000 | .1255 |

7.    I have not served as a representative party on behalf of a class under the federal securities laws during the last three years, except if detailed below. ☒

I declare under penalty of perjury, under the laws of the United States, that the information entered is accurate:    YES

Certification for **R. Scott Caputo** (cont.)

By clicking on the button below, I intend to sign and execute this agreement and retain the AXS Law Group, PLLC to proceed on Plaintiff's behalf, on a contingent fee basis.  YES

Date of signing: _10-2-24_

# Certification and Authorization of Named Plaintiff Pursuant to Federal Securities Laws

The individual or institution listed below (the "Plaintiff") authorizes and, upon execution of the accompanying retainer agreement by The AXS Law Group, PLLC, retains The AXS Law Group, PLLC to file an action under the federal securities laws to recover damages and to seek other relief against Michael M. Carter, Michael Moe, Roger Hamilton, Eric Pulier, Peter B. Ritz, Genius Group Limited. The AXS Law Group, PLLC will prosecute the action on a contingent fee basis and will advance all costs and expenses. The Michael M. Carter, Michael Moe, Roger Hamilton, Eric Pulier, Peter B. Ritz, Genius Group Limited Retention Agreement provided to the Plaintiff is incorporated by reference, upon execution by The AXS Law Group, PLLC

Name: **Hunts Road LLC**

Address: 81 N Sussex St

City: Dover

State: NJ

Zip: 07860

Country: USA

Facsimile:

Phone: (973) 271-2322

Email:  klughill@aol.com

Plaintiff certifies that:

1.        Plaintiff has reviewed the complaint and authorized its filing.

2.        Plaintiff did not acquire the security that is the subject of this action at the direction of plaintiff's counsel or in order to participate in this private action or any other litigation under the federal securities laws.

3.        Plaintiff is willing to serve as a representative party on behalf of a class, including providing testimony at deposition and trial, if necessary.

4.        Plaintiff represents and warrants that he/she/it is fully authorized to enter into and execute this certification.

5.        Plaintiff will not accept any payment for serving as a representative party on behalf of the class beyond the Plaintiff's pro rata share of any recovery, except such reasonable costs and

expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the court.

6.      Plaintiff has made no transaction(s) during the Class Period in the debt or equity securities that are the subject of this action except those set forth below:

Acquisitions:

| Type of Security | Buy Date | # of Shares | Price per Share |
|---|---|---|---|
| Common Stock | 9/27/2021 | 409,837 | .1220 |
| Common Stock | 10/08/2021 | 327,868 | .1220 |
| Common Stock | 8/26/2022 | 300,000 | .7333 |
| Common Stock | 12/03/2023 | 950,000 | .1500 |

7.      I have not served as a representative party on behalf of a class under the federal securities laws during the last three years, except if detailed below. [ ]

I declare under penalty of perjury, under the laws of the

United States, that the information entered is accurate:        **YES**

Certification for **Hunts Road LLC** (cont.)

By clicking on the button below, I intend to sign and execute this agreement and retain the AXS Law Group, PLLC to proceed on Plaintiff's behalf, on a contingent fee basis.    **YES**

Date of signing: October, 2 2024

Manager

Hunts Road LLC

## Certification and Authorization of Named Plaintiff Pursuant to Federal Securities Laws

The individual or institution listed below (the "Plaintiff") authorizes and, upon execution of the accompanying retainer agreement by The AXS Law Group, PLLC, retains The AXS Law Group, PLLC to file an action under the federal securities laws to recover damages and to seek other relief against Michael M. Carter, Michael Moe, Roger Hamilton, Eric Pulier, Peter B. Ritz, Genius Group Limited. The AXS Law Group, PLLC will prosecute the action on a contingent fee basis and will advance all costs and expenses. The Michael M. Carter, Michael Moe, Roger Hamilton, Eric Pulier, Peter B. Ritz, Genius Group Limited Retention Agreement provided to the Plaintiff is incorporated by reference, upon execution by The AXS Law Group, PLLC

Name: **Ion1 LLC**

Address: 81 N Sussex St

City: Dover

State: NJ

Zip: 07860

Country: USA

Facsimile:

Phone: (973) 271-2322

Email:  klughill@aol.com

Plaintiff certifies that:

1.      Plaintiff has reviewed the complaint and authorized its filing.

2.      Plaintiff did not acquire the security that is the subject of this action at the direction of plaintiff's counsel or in order to participate in this private action or any other litigation under the federal securities laws.

3.      Plaintiff is willing to serve as a representative party on behalf of a class, including providing testimony at deposition and trial, if necessary.

4.      Plaintiff represents and warrants that he/she/it is fully authorized to enter into and execute this certification.

5.      Plaintiff will not accept any payment for serving as a representative party on behalf of the class beyond the Plaintiff's pro rata share of any recovery, except such reasonable costs and

expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the court.

6.      Plaintiff has made no transaction(s) during the Class Period in the debt or equity securities that are the subject of this action except those set forth below:

Acquisitions:

| Type of Security | Buy Date | # of Shares | Price per Share |
|---|---|---|---|
| Common Stock | 11/01/2021 | 819,672 | .1220 |
| Common Stock | 12/01/2021 | 409,836 | .1220 |

7.      I have not served as a representative party on behalf of a class under the federal securities laws during the last three years, except if detailed below. [ ]

I declare under penalty of perjury, under the laws of the

United States, that the information entered is accurate:      **YES**

Certification for **Ion1 LLC** (cont.)

By clicking on the button below, I intend to sign and execute this agreement and retain the AXS Law Group, PLLC to proceed on Plaintiff's behalf, on a contingent fee basis.       **YES**

Date of signing: October, 2 2024

Manager

Ion1 LLC

# Certification and Authorization of Named Plaintiff Pursuant to Federal Securities Laws

The individual or institution listed below (the "Plaintiff") authorizes and, upon execution of the accompanying retainer agreement by The AXS Law Group, PLLC, retains The AXS Law Group, PLLC to file an action under the federal securities laws to recover damages and to seek other relief against Michael M. Carter, Michael Moe, Roger Hamilton, Eric Pulier, Peter B. Ritz, Genius Group Limited. The AXS Law Group, PLLC will prosecute the action on a contingent fee basis and will advance all costs and expenses. The Michael M. Carter, Michael Moe, Roger Hamilton, Eric Pulier, Peter B. Ritz, Genius Group Limited Retention Agreement provided to the Plaintiff is incorporated by reference, upon execution by The AXS Law Group, PLLC

Name: **Brickell Capital Solo 401k Trust**

Address: 11 Broadway, Suite 615

City: New York

State: New York

Zip: 10004

Country: USA

Facsimile: NA

Phone: 2128821606

Email: stephen@mcmullinlawfirm.com

Plaintiff certifies that:

1.      Plaintiff has reviewed the complaint and authorized its filing.

2.      Plaintiff did not acquire the security that is the subject of this action at the direction of plaintiff's counsel or in order to participate in this private action or any other litigation under the federal securities laws.

3.      Plaintiff is willing to serve as a representative party on behalf of a class, including providing testimony at deposition and trial, if necessary.

4.      Plaintiff represents and warrants that he/she/it is fully authorized to enter into and execute this certification.

5.      Plaintiff will not accept any payment for serving as a representative party on behalf of the class beyond the Plaintiff's pro rata share of any recovery, except such reasonable costs and

expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the court.

6.    Plaintiff has made no transaction(s) during the Class Period in the debt or equity securities that are the subject of this action except those set forth below:

Acquisitions:

| Type of Security | Buy Date | # of Shares | Price per Share |
|---|---|---|---|
| Common Stock | 10/12/21 | 409,835 | $0.122 |
| Common Stock | 03/28/22 | 166,667 | $0.60 |

7.    I have not served as a representative party on behalf of a class under the federal securities laws during the last three years, except if detailed below. [ ]

I declare under penalty of perjury, under the laws of the

United States, that the information entered is accurate:    **YES**

Certification for **Stephen McMullin** (cont.)

By clicking on the button below, I intend to sign and execute this agreement and retain the AXS Law Group, PLLC to proceed on Plaintiff's behalf, on a contingent fee basis.    **YES**

Date of signing: 10/3/24



Stephen McMullin, Trustee

On behalf of Brickell Capital Solo 401K Trust

# Certification and Authorization of Named Plaintiff Pursuant to Federal Securities Laws

The individual or institution listed below (the "Plaintiff") authorizes and, upon execution of the accompanying retainer agreement by The AXS Law Group, PLLC, retains The AXS Law Group, PLLC to file an action under the federal securities laws to recover damages and to seek other relief against Michael M. Carter, Michael Moe, Roger Hamilton, Eric Pulier, Peter B. Ritz, Genius Group Limited. The AXS Law Group, PLLC will prosecute the action on a contingent fee basis and will advance all costs and expenses. The Michael M. Carter, Michael Moe, Roger Hamilton, Eric Pulier, Peter B. Ritz, Genius Group Limited Retention Agreement provided to the Plaintiff is incorporated by reference, upon execution by The AXS Law Group, PLLC

Name: **Edward Reinle**

Address: 15 Witherwood Dr

City: Hamburg

State: NJ

Zip: 07419

Country: USA

Facsimile:

Phone: (973) 271-2322

Email: klughill@aol.com

Plaintiff certifies that:

1.      Plaintiff has reviewed the complaint and authorized its filing.

2.      Plaintiff did not acquire the security that is the subject of this action at the direction of plaintiff's counsel or in order to participate in this private action or any other litigation under the federal securities laws.

3.      Plaintiff is willing to serve as a representative party on behalf of a class, including providing testimony at deposition and trial, if necessary.

4.      Plaintiff represents and warrants that he/she/it is fully authorized to enter into and execute this certification.

5.      Plaintiff will not accept any payment for serving as a representative party on behalf of the class beyond the Plaintiff's pro rata share of any recovery, except such reasonable costs and

expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the court.

6.       Plaintiff has made no transaction(s) during the Class Period in the debt or equity securities that are the subject of this action except those set forth below:

Acquisitions:

| Type of Security | Buy Date | # of Shares | Price per Share |
|---|---|---|---|
| Common Stock | 8/26/2022 | 100,000 | .5000 |

7.       I have not served as a representative party on behalf of a class under the federal securities laws during the last three years, except if detailed below. [ ]

I declare under penalty of perjury, under the laws of the

United States, that the information entered is accurate:       **YES**

Certification for **Edward Reinle** (cont.)

By clicking on the button below, I intend to sign and execute this agreement and retain the AXS Law Group, PLLC to proceed on Plaintiff's behalf, on a contingent fee basis.    **YES**

Date of signing: October, 2 2024

*Edward Reinle*

Edward Reinle

# Certification and Authorization of Named Plaintiff Pursuant to Federal Securities Laws

The individual or institution listed below (the "Plaintiff") authorizes and, upon execution of the accompanying retainer agreement by The AXS Law Group, PLLC, retains The AXS Law Group, PLLC to file an action under the federal securities laws to recover damages and to seek other relief against Michael M. Carter, Michael Moe, Roger Hamilton, Eric Pulier, Peter B. Ritz, Genius Group Limited. The AXS Law Group, PLLC will prosecute the action on a contingent fee basis and will advance all costs and expenses. The Michael M. Carter, Michael Moe, Roger Hamilton, Eric Pulier, Peter B. Ritz, Genius Group Limited Retention Agreement provided to the Plaintiff is incorporated by reference, upon execution by The AXS Law Group, PLLC.

Name: Emanuel Valadakis

Address: 3415 Washington Blvd, Unit 208

City: Arlington

State: Virginia

Zip: 22201

Country: Unites States

Facsimile: N/A

Phone: 484-467-5698

Email:  mvaladakis@comcast.net

Plaintiff certifies that:

1.      Plaintiff has reviewed the complaint and authorized its filing.

2.      Plaintiff did not acquire the security that is the subject of this action at the direction of plaintiff's counsel or in order to participate in this private action or any other litigation under the federal securities laws.

3.      Plaintiff is willing to serve as a representative party on behalf of a class, including providing testimony at deposition and trial, if necessary.

4.      Plaintiff represents and warrants that he/she/it is fully authorized to enter into and execute this certification.

5.      Plaintiff will not accept any payment for serving as a representative party on behalf of the class beyond the Plaintiff's pro rata share of any recovery, except such reasonable costs and

expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the court.

6.    Plaintiff has made no transaction(s) during the Class Period in the debt or equity securities that are the subject of this action except those set forth below:

Acquisitions:

| Type of Security | Buy Date | # of Shares | Price per Share |
|---|---|---|---|
| Common Stock | Nov 30, 2022 | 150,228 | $0.5160 |
| | May 11, 2023 | 139,100 | $0.00 |
| | June 16, 2023 | 1,306,346 | $0.5160 |

7.    I have not served as a representative party on behalf of a class under the federal securities laws during the last three years, except if detailed below. [ ]

I declare under penalty of perjury, under the laws of the

United States, that the information entered is accurate:       **YES**

Certification for **Emanuel Valadakis** (cont.)

By clicking on the button below, I intend to sign and execute this agreement and retain the AXS Law Group, PLLC to proceed on Plaintiff's behalf, on a contingent fee basis.     **YES**

Date of signing: ___October 4, 2024___

_Emanuel Val_____

## Certification and Authorization of Named Plaintiff Pursuant to Federal Securities Laws

The individual or institution listed below (the "Plaintiff") authorizes and, upon execution of the accompanying retainer agreement by The AXS Law Group, PLLC, retains The AXS Law Group, PLLC to file an action under the federal securities laws to recover damages and to seek other relief against Michael M. Carter, Michael Moe, Roger Hamilton, Eric Pulier, Peter B. Ritz, Genius Group Limited. The AXS Law Group, PLLC will prosecute the action on a contingent fee basis and will advance all costs and expenses. The Michael M. Carter, Michael Moe, Roger Hamilton, Eric Pulier, Peter B. Ritz, Genius Group Limited Retention Agreement provided to the Plaintiff is incorporated by reference, upon execution by The AXS Law Group, PLLC.

Name:         Zitah McMillan-Ward

Address:      Lions Farm, Penn Bottom, Penn

City:         High Wycombe

State:        Buckinghamshire

Zip:          HP10 8PJ

Country:      United Kingdom

Facsimile:

Phone:

Email:        zitahmcmillan@gmail.com

Plaintiff certifies that:

1.      Plaintiff has reviewed the complaint and authorized its filing.

2.      Plaintiff did not acquire the security that is the subject of this action at the direction of plaintiff's counsel or in order to participate in this private action or any other litigation under the federal securities laws.

3.      Plaintiff is willing to serve as a representative party on behalf of a class, including providing testimony at deposition and trial, if necessary.

4.      Plaintiff represents and warrants that he/she/it is fully authorized to enter into and execute this certification.

5.      Plaintiff will not accept any payment for serving as a representative party on behalf of the class beyond the Plaintiff's pro rata share of any recovery, except such reasonable costs and

expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the court.

6.      Plaintiff has made no transaction(s) during the Class Period in the debt or equity securities that are the subject of this action except those set forth below:

Acquisitions:

Type of Security          Buy Date              # of Shares           Price per Share

| ACCOUNT SUMMARY | | | |
|---|---|---|---|
| RESTRICTED BOOK SHARES* | BOOK SHARES | CERTIFICATE SHARES | TOTAL SHARES |
| 1,835,684 | 0 | 0 | 1,835,684 |

*Any RESTRICTED book entry shares listed on this statement are subject to the following restrictions: The shares represented by this statement have not been registered under the Securities Act of 1933, as amended. The shares have been acquired for investment and may not be offered, sold or otherwise transferred in the absence of an effective registration statement with respect to the shares or an exemption from the registration requirements of said act that is then applicable to the shares, as to which a prior opinion of counsel will be required by the issuer or the transfer agent.

| CURRENT ACTIVITY | | | |
|---|---|---|---|
| Transaction Date | Cert#/Book Transaction Description | Shares Deposited or Withdrawn | Running Balance |
| | BEGINNING BALANCE | | 163,512 |
| 05/11/23 | ISSUE SECURITIES | 100,000 | 263,512 |
| 05/11/23 | ISSUE SECURITIES | 151,400 | 414,912 |
| 06/16/23 | ISSUE SECURITIES | 1,420,772 | 1,835,684 |

7.      I have not served as a representative party on behalf of a class under the federal securities laws during the last three years, except if detailed below. [ ]

I declare under penalty of perjury, under the laws of the

United States, that the information entered is accurate:          **YES**

Certification for **Zitah McMillan-Ward** (cont.)

By clicking on the button below, I intend to sign and execute this agreement and retain the AXS Law Group, PLLC to proceed on Plaintiff's behalf, on a contingent fee basis.     **YES**

Date of signing: 4ᵗʰ October 2024

_____

## Certification and Authorization of Named Plaintiff Pursuant to Federal Securities Laws

The individual or institution listed below (the "Plaintiff") authorizes and, upon execution of the accompanying retainer agreement by The AXS Law Group, PLLC, retains The AXS Law Group, PLLC to file an action under the federal securities laws to recover damages and to seek other relief against Michael M. Carter, Michael Moe, Roger Hamilton, Eric Pulier, Peter B. Ritz, Genius Group Limited. The AXS Law Group, PLLC will prosecute the action on a contingent fee basis and will advance all costs and expenses. The Michael M. Carter, Michael Moe, Roger Hamilton, Eric Pulier, Peter B. Ritz, Genius Group Limited Retention Agreement provided to the Plaintiff is incorporated by reference, upon execution by The AXS Law Group, PLLC

Name: **Kailey Lewis**

Address: 65 Stevensville Rd

City: Underhill

State: VT

Zip: 05489

Country: USA

Facsimile:

Phone: (862)266-0464

Email:  kaileyslewis@gmail.com

Plaintiff certifies that:

1.      Plaintiff has reviewed the complaint and authorized its filing.

2.      Plaintiff did not acquire the security that is the subject of this action at the direction of plaintiff's counsel or in order to participate in this private action or any other litigation under the federal securities laws.

3.      Plaintiff is willing to serve as a representative party on behalf of a class, including providing testimony at deposition and trial, if necessary.

4.      Plaintiff represents and warrants that he/she/it is fully authorized to enter into and execute this certification.

5.      Plaintiff will not accept any payment for serving as a representative party on behalf of the class beyond the Plaintiff's pro rata share of any recovery, except such reasonable costs and

expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the court.

6.      Plaintiff has made no transaction(s) during the Class Period in the debt or equity securities that are the subject of this action except those set forth below:

Acquisitions:

| Type of Security | Buy Date | # of Shares | Price per Share |
|---|---|---|---|
| Common Stock | 8/26/2022 | 409,836 | .1220 |
| Common Stock | "various" | 49,071 | 2.2887 |

7.      I have not served as a representative party on behalf of a class under the federal securities laws during the last three years, except if detailed below. [ ]

I declare under penalty of perjury, under the laws of the

United States, that the information entered is accurate:        **YES**

Certification for **Kailey Lewis** (cont.)

By clicking on the button below, I intend to sign and execute this agreement and retain the AXS Law Group, PLLC to proceed on Plaintiff's behalf, on a contingent fee basis.        **YES**

Date of signing: October, 2 2024

---

Kailey Lewis