# EXHIBIT C



# FIRM RESUME









MIAMI
(305) 297 1878

LOS ANGELES
(310) 758 8892

WASHINGTON DC
(202) 258 5530

# TABLE OF CONTENTS

Who we are ........................................................................3

Practice Areas  ................................................................4

Prominent Cases ............................................................8

Our Team ........................................................................15

# **Who We Are**

AXS Law Group is a premier litigation firm renowned for its innovative approach to high-stakes legal disputes. Founded by a team of experienced trial attorneys dissatisfied with conventional legal paradigms, AXS Law Group has distinguished itself as a bold, creative, client-focused law firm. Strategically located in Miami, Los Angeles and Washington D.C., AXS Law has a proven track record of delivering exceptional results in complex commercial litigation, shareholder disputes, and securities cases, and is uniquely equipped to represent class members in securities fraud litigation.

Over the past years, AXS Law has built a reputation as a litigation powerhouse. Our attorneys have successfully recovered over $600 million for clients and have been recognized as "Best Commercial Litigators in South Florida" twice in four years. Chambers & Partners has also spotlighted AXS Law for its excellence in dispute resolution. These accolades reflect our unwavering commitment to achieving exceptional results for our clients, no matter the stakes.

# **Practice Areas**

**LITIGATION AND DISPUTE RESOLUTION**

We thrive on variety, flexibility and creativity. Our broad experience provides us with unique insights as to the best strategy to pursue for each new matter. Evidence shows that creative contributions depend on the breadth, not just depth, of knowledge and experience. For that reason, we have never specialized in a particular area, and we do not do the same case from the same side time after time after time. Rather, we represent both plaintiffs and defendants in a wide variety of matters. We know what motivates each side, and we understand our opponent's case as well as our own. This informs our strategy from beginning to end. That's why we win.

While we handle a wide range of high-stakes litigation, including personal injury, defamation, and class actions, our most extensive experience has been in the business arena, handling complex business litigation, cross-border disputes, and employment matters.

**CLASS ACTION LAWSUITS**

Our Plaintiff side class action practice focuses primarily on consumer, employment, and civil rights matters. In this context, we have experience representing individual plaintiffs against Fortune 500 companies, multinational corporations, and private prison companies. Our attorneys have successfully prosecuted numerous class action lawsuits in state and federal courts. Class-action suits can be an effective way to trigger company- or industry-wide policy change. Because unlawful policies or business may only affect individuals by a relatively small amount, class actions are often the only way to effect needed change. In connection with our class action practice, our attorneys have obtained settlements valued in excess of $60 million on behalf of employees and consumers.

We also have deep experience on the defense side of class actions. We have successfully defended corporate clients in consumer class actions involving claims of false advertising, unfair business practices, toxic torts, product liability, the Americans with Disabilities Act and the Truth in Lending Act, among many other state and federal legal theories. With our understanding of class actions from both sides, we find solutions to achieve the best possible defense outcome in a cost-efficient manner.

**SECURITIES FRAUD LITIGATION**

Our securities litigation practice is rooted in extensive experience representing clients in shareholder disputes, corporate governance matters, and regulatory investigations. Our comprehensive knowledge of securities laws, coupled with our ability to craft strategic litigation approaches, positions us as formidable advocates in securities fraud class actions to pursue claims on behalf of investors and shareholders impacted by fraudulent misrepresentations or market manipulation. Our most recent cases are *AMJ Global Entertainment, LLC v. Migom Global Corp. et al*, Case No. 24-cv-06600-VSB, pending in the United States District Court for the Southern District of New York and *Shawn Carey et al v. Michael Moe et al*, Case No. 24-cv-07551, pending in the United States District Court for the Southern District of New York.

**CORPORATE AND SHAREHOLDER DISPUTES**

When companies and their boards are sued by their shareholders, it is important to retain counsel experienced in protecting the board and disposing of the claims quickly and effectively.

**MERGERS AND ACQUISITIONS**

Sometimes, a merger or an acquisition is challenged by a shareholder or a competing bidder. And sometimes, one party seeks to terminate the deal. Such situations call for experienced counsel who can guide the company through either negotiations or court proceedings.

**CORPORATE GOVERNMENT INVESTIGATIONS**

When corporations and their boards are confronted with allegations of wrongdoing by their directors, officers or other employees, it is important to have counsel that can help the board act quickly to investigate the matter and develop a strategy that satisfies the potentially competing interests of the shareholders, the board, the management, and potentially the government, and who can pursue that strategy in court or before various government agencies.

**LIBEL AND SLANDER**

The law of defamation dates back to the Ten Commandments: "Thou shall not bear false witness against thy neighbor." Today, in Florida, the "personal interest in one's own good name and reputation surpasses economics, business practices or money. It is a fundamental part of personhood, of individual standing and one's sense of worth." Lawnwood Med. Ctr., Inc. v. Sadow, 43 So. 3d 710, 729 (Fla. 4th DCA 2010). In fact, Florida law provides an "unusually high protection of personal reputation," and the "history of Florida law makes clear that liability alone for intentionally malicious defamation per se will support substantial punishment in punitive damages." We have prosecuted and defended defamation actions on behalf of both individuals and multi-national companies.

**REAL ESTATE AND CONSTRUCTION LITIGATION**

We are experienced construction litigators and represent owners, contractors, subcontractors, suppliers and design professionals in disputes arising out of projects. The firm represents clients in all types of construction lawsuits, including claims for breach of contract, breach of express or implied warranties, construction defect, construction delay, and malpractice. We have also represented owners of properties involved in actions with contractors for cost overruns and scheduling delays resulting in tens of millions in damages.
AXS Law Group also has extensive experience representing real estate developers in land use litigation, including mandamus actions challenging local government agencies' denial of entitlements, defense of actions brought by "Not in My Back Yard" neighborhood groups and property owner litigation involving special tax assessments such as government-imposed Business Improvement Districts.  AXS Law Group's real estate litigation team has a proven track record of success for real estate developer and property owner clients.

**TECHNOLOGY AND STARTUP COMPANIES**

Start up companies have focused needs. They face all the legal issues of established companies, plus more, but with less infrastructure and resources. Moreover, any litigation is potentially high stakes for start-ups, and it must be dealt with quickly and decisively.

**TRADEMARKS AND TRADE SECRETS**

Intellectual property may be your most valuable asset. Many forms of business information can be classified as trade secrets, including valuable blueprints, non-public test data, training manuals, designs and models, research products, marketing programs, financial data, business strategies, recruiting techniques, customer information and purchasing programs. The AXS LAW Group team is adept at developing litigation strategies that protect our clients' intellectual property assets.  AXS Law Group will also aggressively pursue all available remedies, including injunctive relief and monetary damages.

**INTERNATIONAL ARBITRATION**

Our arbitration practice has taken us to Bangkok, Hong Kong, Moscow, London, Sardinia, Kenya, Colombia, Canada, and Mexico. Arbitration is an excellent way to resolve sensitive private disputes out of the public court system as well as, for defendants to gain a level of predictability that is sometimes not available in a state court system.

**EMPLOYMENT AND NONCOMPETITION LITIGATION**

AXS LAW Group represents employers and employees across a wide range of industries. We offer preventive counseling and litigate all facets of employment disputes. We counsel clients on non-competition agreements and other restrictive covenants, confidentiality agreements, severance agreements, and anti-discrimination laws. On behalf of employers, we bring actions to protect company trade secrets, enforce confidentiality agreements, and defend against claims of wrongful termination.

# Prominent Cases

## *TRIAL VICTORIES*

**AXS LAW WINS $63.5MILLION FOR BUSINESS OWNNERS IN CASE AGAINST MIAMI COMMISSIONER**

Many lawyers in town refused to take on the City of Miami.  Most other firms could not figure out what the right claim was to assert. Most thought we could not win the case.  But over seven weeks the AXS LAW trial team put on 18 witnesses (including 3 former Chiefs of Police) and cross examined 8 defense witnesses and won a verdict for $63.5 million that in a case where the City of Miami had hired five prominent law firms to defend Commissioner Joe Carollo. The day we called Carollo as an adverse witness, he skipped court claiming illness. The judge had to order him to come back under threat of contempt. When he returned it was standing room only for the entire day.  More than 50 articles covered daily developments in the trial from such diverse sources as the Miami Herald, the New York Times, CBS, Telemundo and many others. And after the evidence we elicited, and the verdict we obtained, there have been a parade of voices calling for Carollo's resignation, including the Editorial Page of the Miami Herald.

**AXS LAW WINS $8.5 MILLION JURY VERDICT**

This case had languished for 4 years, and had passed through three separate law firms before AXS Law came on board.  Within the span of six months, we demanded an immediate trial date, defeated the Defendants' motion to amend their answer and counterclaims, defeated their motion for summary judgment, obtained an order striking their famous trademark expert witness, defeated their motions to delay trial, and won an $8.5 million jury verdict in favor of the trademark owner and against the defendant company, including holding the perpetrator individually liable for the full amount.

**AXS LAW WINS $16 MILLION ARBITRATION AWARD**

AXS Law became lead counsel in this case after it had been pending for 14 years. Our task was to cut through the appeals and obstructionist conduct of CIGNA and get a final hearing, which we did within a year of our hiring.  Along the way, we won every single motion that CIGNA and its counsel, Hogan Lovells, filed seeking to derail the arbitration, including an emergency motion before the Eleventh Circuit Court of Appeals. At the final

hearing, which lasted 19 days, we won $16 million, which we are seeking to increase in motions before the district judge.

**DEFENDANTS SETTLE AFTER OPENING STATEMENTS**

One week before a private equity fund signed a $700 million letter of intent with Clorox, it wrongfully terminated one of the partners, depriving him of $5 million worth of carried interest.  In informing him of his termination, he was told they had news – the good, the bad, and the ugly – the good being the sale, the bad being the termination, and the ugly being the intent to screw him out of the carried interest. We took over this case midway, deposed the CEO obtaining key admissions, and set it for trial. During opening statements, we showed not only the key evidence, but also the iconic photo of Clint Eastwood in the famous movie, "The Good, The Bad & The Ugly." The trial judge began ruling against the defendants' positions "as a matter of law," resulting in a settlement before the end of the day.

**ART MUSEUM WINS JUDGMENT AND A PERMANENT HOME**

After being forced out of its first home because of gentrification, a contemporary art museum negotiated an option to purchase the property with its new landlord.  But when the museum sought to exercise its option, the landlord reneged so it could sell to a much a higher bidder.  After years of hard fought litigation, the art museum obtained a judgment awarding the property at the option price, as well as attorneys' fees.

**COMPANY WINS DEFENSE VERDICT AND RECOVERS SALARY FROM DISLOYAL EXECUTIVE**

An independent healthcare company entrusted its business operations to a longtime employee, rewarding him for years of service.  The company's loyalty, however, was not returned.  The employee stole the company's customer list and trade secrets and then, to add insult to injury, sued the company for millions in "unpaid bonuses."  The jury saw through the employee's story that the employer exploited him and returned a defense verdict.  The judge also found in the company's favor on its cross-complaint for unfair business practices and ordered the employee to return one year's salary.

## *OTHER WINS & EMERGENCY INJUNCTIONS*

**#WONTBESILENCED: AXS LAW OBTAINS FLORIDA'S FIRST EVER INJUNCTION AGAINST FUTURE SPEECH**

A well-known Miami restaurant was wrongfully attacked by a prominent social media influencer and reality TV star who began conducting a vicious campaign of defamation, accusing the Company of engaging in sex trafficking and harboring pedophiles among other crimes. The attack not only planned to harm the business reputation but also resulted in threats of physical violence and even death threats against them.
AXS LAW sued immediately, securing an emergency hearing, and obtaining an order requiring the defendant to never again post the defamatory statements. This injunction against future speech is extremely rare in the United States and the first in record in Florida and was possible only because AXS LAW presented the defamation claims in conjunction with other tort claims and moved extremely quickly to apply immense pressure on the Defendant, whose last post on the subject had been: "#wontbesilenced.".

**AXS LAW WINS MULTIMILLION DOLLAR CASE IN NEW YORK FEDERAL COURT**

AXS LAW has obtained another victory, this time in New York Federal Court, on behalf of their client, a leading international aviation company and saving the client the costs of an expensive and prolonged trial. The victory, obtained with short depositions of key executives who had no choice but to admit to breaching the agreement and using our client's confidential information, copyrights and trademarks without their consent in an effort to build their own business. These admissions sealed their fate and enabled us to save our client millions in unnecessary attorney's fees.

**WINNING CASES IN THE BOARDROOM**

When the shareholders in one of Miami's most famous retailers were heading towards litigation, we developed a strategy to implement the buy-sell provision in the shareholder's agreement.  The crux of the strategy was to induce the other shareholder to make a lowball offer, which was then turned against that shareholder to gain complete control of the company.

**SAVING A WEB-BASED BUSINESS**

A local Wynwood-based technology company had its website hijacked by a disgruntled shareholder, which essentially shut down all commercial operations of the company. AXS LAW worked throughout the night and filed an emergency motion the next morning. Prior to the emergency hearing, the disgruntled shareholder agreed to release the website and settle all disputes including his departure from the company.

**PROTECTING MINORITIES**

When a famous national university used the image of a prominent Black female professor to market to black females without her permission we prepared a complaint and again settled the matter within weeks without having to file publicly.

**DEFENDING AGAINST EXTORTION**

When the CEO of a public company was threatened with a frivolous claim for sexual harassment, we prepared a counter-suit for extortion, sent it to the would-be plaintiff, and settled the matter privately within a matter of weeks.

**DEFEATING SHAREHOLDER TRO**

The chief architect and 40% owner of a cutting-edge software company in the healthcare industry faced a frivolous suit – and a motion for an emergency injunction – by his fellow shareholders accusing him of stealing trade secrets in a thinly veiled attempt to take his shares. We won the emergency hearing at opening statements with plaintiff withdrawing the motion.

**HOLDING HARASSERS TO ACCOUNT**

When a prominent international businessman sexually harassed not one, but two, of his employees, we prepared a lawsuit but did not immediately file it. Instead, we delivered it through a former FBI agent, and immediately opened settlement discussions. At a formal mediation we presented a 20 minute video – "60 Minutes" style – depicting the glamorous life of the businessman and his famous friends and the holistic brand image he had built, and contrasted that with the tearful stories of the young women he had harassed. The case settled within weeks.

**AXS LAW TAKES ON WACHTEL LIPTON**

After our publicly traded client acquired a division of another publicly traded company, it discovered that certain financial representations had been fraudulent, causing significant losses and seriously harming company's stock price. In Delaware Chancery Court, up against five partners from Wachtel Lipton (charging a total of $7500 per hour), AXS LAW negotiated a favorable confidential settlement agreement.

**AXS LAW TAKES ON APPLE COMPUTER**

Our client, US Media Consulting, had a three-year contract to provide advertising for Shazam and stood to lose millions of dollars when Apple acquired Shazam and terminated all of its advertising contracts. AXS LAW filed suit in Miami (despite a New York forum selection clause), agreed to mediate with Apple, and settled the case before any significant legal fees were expended.

**AXS LAW SAVES ONLINE MARKETING OPERATION**

When an online marketing company's website was taken over and closed by an angry shareholder, we filed an emergency TRO and settled the matter before the emergency hearing, reopening the website, and the company, for business within a matter of days.

**AXS LAW SAVES EXECUTIVE CARRIED INTERESTS IN $700 MILLION DEAL**

A world-renowned psychiatrist with more than 80 patents to his name was wrongfully terminated as the CEO of his own company by a foreign investor who was looking to remove funds from the company to save his own failing hotel business at the height of the pandemic. His lawyer filed an arbitration claim and settled in for a yearlong dispute after which there likely would have been no money left in the company to pay any judgment. AXS LAW took over the case and obtained an emergency order from the complex business judge freezing the company's bank accounts to prevent any further siphoning of funds. With the Defendant's bank accounts frozen, the case settled within a matter of days.

**AXS LAW FORCES APPRAISAL TO LEVERAGE SETTLEMENT**

Three years after a financial services company was acquired by a major credit card processing company, the CEO was wrongfully terminated depriving him of his salary,

bonus, and visibility into the company in which he retained a 50% interest. With litigation already underway and $30 million at stake, AXS LAW declared a "seller acceleration event," forcing an appraisal process, and orchestrated a high-stakes mediation that resulted in a settlement within six months of the commencement of litigation.

## AXS LAW FLIES HIGH IN PRIVATE AVIATION CASE

Defending an international provider of private aviation services, AXS LAW defeated both emergency motions for a temporary restraining order, and a preliminary injunction, in state and federal court in New York. In the federal court proceeding, the AXS LAW oral argument was only 3 minutes, compared to 30 minutes for the plaintiff. Straight talk wins the day.

## AXS LAW ENJOINS EUROPEAN HACKER

Our Middle Eastern client's former European business partner hacked his server, attempting to extort him under the threat of exposing his private financial and business information. Within days of being contacted by the client, AXS LAW immediately sought and obtained an emergency restraining order preventing the defendant from any further hacking, prohibiting him from disclosing or destroying any of the hacked material, even in court filings, and requiring him to turn over all of his computers to an independent forensic expert. The case settled within weeks of the restraining order being issued.

## AXS LAW ASSISTS MEN WITH E.D.

A year after a Miami businessman built a nationwide business training doctors on shockwave treatment for erectile dysfunction, one of his clients stole his trade to develop a smaller, more private, more affordable method of delivering the same treatment, threatening his entire business. We sued in federal court and obtained a preliminary injunction shutting down the competitor's business within six weeks. With the business shuttered, the case settled, and the parties are now productive business partners in the new business.

## A WIN FOR FORMULA 1

When your company is sued for $10 million by its former CEO, whom you terminated after only six months on the job, AXS Law is the right firm for you. Not only did we win the case quickly and decisively, we won summary judgment in the middle of discovery, preventing intrusive, harassing and unnecessary depositions of the company's most senior

executives.  AXS Law did so with less than six minutes of oral argument, compared to 30 minutes for Plaintiff, and only 3 hours of deposition testimony. Not only a clear victory, a huge cost savings to the client from wasteful and frivolous litigation.

# **Our Team**

**JEFFREY W. GUTCHESS**

Jeff graduated from law school with a concentration in "advocacy" and the winner of the American Jurisprudence award for best student in his advocacy class. Jeff soon thereafter won the New York Legal Aid Society award for best pro bono brief, which secured the release from prison of an individual who had been wrongfully convicted of manslaughter. Jeff also won the "Most Effective Lawyer" award for his defense of an international beverage company in nationwide class actions and has been the leader of AXS Law in its winning the "Best Litigation Firm" in South Florida in two of the last three years. These awards have been based upon spectacular courtroom results in a wide variety of cases, most recently securing the high profile $63.5 million jury verdict against Miami City Commissioner Joe Carollo, and securing an $8.5 million jury verdict for trademark infringement in favor of the creator of the famous Baoli restaurant and club in Cannes, France.

After spending 20 years defending multinational companies, Jeff started AXS LAW to assist HNW entrepreneurs where, in just the last 5 years, he has recovered more than $500 million for clients (and more than $100 million in the last year). Jeff's clients include publicly traded companies, CEO's of public and private companies, numerous entrepreneurs, college professors, and victims of sexual harassment, among others. Defendants Jeff is suing, and has sued recently, include General Electric, Apple, Samsung, Norwegian Cruise Lines, CIGNA, the Virgin Group, and Miami City Commissioner Joe Carollo. Jeff has filed confidential arbitration claims against many other companies, and has settled many suits before having to file anything in court.

As one of the founding members of AXS LAW, Jeff is working to create a firm culture that accomplishes three primary goals. First, it promotes the talents of young lawyers by encouraging them to argue motions, develop strategy, and manage client relations, resulting in lower costs for clients. Second, it treats lawyers fairly, equitably, and transparently in their compensation, resulting in happier, better compensated attorneys. Third, it encourages lawyers to enjoy their lives to the fullest, including extensive travel and outside interests, rather than just "billing hours." This firm culture has attracted many of Miami's best young lawyers who have formed one the most formidable legal teams in all of Miami.

EDUCATION
- Cornell Law School, Ithaca, New York
  - J.D. - 1992
  - Honors: American Jurisprudence award
- Syracuse University
  - A.B. - 1989
  - Honors: *magna cum laude*
  - Major: Economics

BAR ADMISSIONS
- Florida
- New York
- U.S. District Court Southern District of Florida
- U.S. District Court Southern District of New York
- Colorado

**ALEIDA MARTINEZ-MOLINA**

Aleida is a litigator with substantial business experience and a broad skill set. After beginning her career in New York in the creditors' rights group of an AmLaw 100 international law firm, she returned to Florida to cast a wider net and further develop her own multi-faceted practice. Through the years she has gained highly specialized experience in niche practices and industries, including hospitality, aviation, and maritime law, which overlap with her core financial reorganization practice.

In addition to her financial reorganization practice, Aleida serves as one of six Subchapter V Trustees in the Southern District of Florida, appointed upon the enactment of the Small Business Reorganization Act of 2019. She also acts as outside general counsel to various highly successful businesses in the hospitality and cruising sectors. In all these roles, Aleida has the privilege of using her varied experience to assist businesses, entrepreneurs, and their creditors in efficiently and effectively avoiding or resolving disputes.

Throughout her career, Aleida has represented foreign investors, foreign governments, government-owned entities, and multinational corporations in cross-border disputes. She is fully bilingual in Spanish and English and communicates well in Portuguese and French.

EDUCATION
- Columbia Law School, New York, New York
  - J.D.
- Princeton University
  - A.B.

BAR ADMISSIONS
- Florida
- New York
- Connecticut

**GEOFFREY STOVER**

Geoff has been licensed to practice law since 2000 but he won his first case in 1990 when he challenged the IRS' assessment of self-employment taxes. (The $650 in taxes and penalties was a "bet the company" case for a high school junior!) For over 20 years, Geoff has helped clients big and small achieve successful outcomes, including numerous trial victories, defense verdicts and favorable settlements.

He started his career at Paul Hastings, where he represented Fortune 100 companies in complex commercial litigation, including the defense of nationwide consumer class actions, as well as lawsuits involving copyright, trade secrets, toxic torts and employment matters. In 2011, Geoff joined Steinbrecher & Span, a highly-regarded boutique law firm, and was elected partner in 2013. His litigation experience is both wide and deep with a focus on real estate litigation, commercial claims, trade secrets, trademarks and copyright matters.

Geoff collaborates with clients to reach their goals in an efficient manner. He believes in rigorous preparation but not overbilling. Geoff practices law with civility but will not allow his clients to get pushed around. His mantra, repeated often to associates and colleagues, is "Do only what serves the client's best interests."

On October 1, 2023, Geoff and his longtime friend, James Kawahito, opened the Los Angeles office of AXS Law. Geoff serves on the Board of Directors of Food Finders, a charitable organization devoted to rescuing food and reducing hunger. He is also a longtime member of the Executive Committee of the Litigation Section of the Los Angeles County Bar Association. He served as a Board member of the Inner City Law Center from 2007 until 2013.

Geoff is a Los Angeles native and lives in Venice with his wife, Persephene, son, Marlowe, and Aussie Labradoodle, Sherlock. On weekends, he is a relatively reasonable AAU basketball dad, who roots for his son's squad, the Wolfpack.

EDUCATION
- University of California at Los Angeles (UCLA) School of Law, Los Angeles, California
  - J.D.

- Wesleyan University
  - B.A. English (Honors)

BAR ADMISSIONS
- California


**EDWARD D. GEHRES, III**

Ed  leverages over 25 years of experience as an advocate, trial attorney, and organizational leader with a distinct focus on the litigation finance landscape. Ed embarked on his career as a political organizer and strategist, championing civil liberties and education causes. His journey led him to trial practice and litigation strategy, motivated by a profound desire to drive change on multiple fronts – within the courts, legislative arenas, and public affairs strategies.

Over the past two decades, Ed has cultivated a national litigation and dispute resolution practice, specializing in complex civil cases. He has navigated the intricate realm of litigation finance, representing various stakeholders, including law firms seeking funding for their cases or portfolios, claimants pursuing traditional third-party financing, lenders requiring assistance with case underwriting and servicing, and parties engaged in dispute resolutions.

Ed's career has consistently positioned him as a pioneering leader and innovator in the legal services landscape. He has served as a partner and practice group leader at an esteemed American Lawyer 100 firm, as well as led a practice group at a nationally-recognized boutique firm, earning accolades such as Law Firm of the Year in its specialty by US News & World Report. Ed has also contributed his expertise as General Counsel to organizations, from their inception through diversification and later-stage equity raises. Notably, he played a pivotal role in shaping the legal department at a Miami-based investment platform, guiding it from its infancy to overseeing over 50 portfolio companies across a dozen countries. Ed's co-founding of Invenio LLP aligns with the core values that have shaped his career – a judicious approach, compassion for those in need, and a pragmatic orientation toward delivering successful solutions.

Beyond his legal pursuits, Ed has dedicated his time, energy, and advocacy to issues and organizations that amplify the voices of those in need in law and policy. He co-founded the Maryland Down Syndrome Advocacy Coalition, facilitated the attainment of 501(c)(3) status for the Down Syndrome Network of Montgomery County, and held positions on the Board of Directors of the ARC of Montgomery County. Furthermore, Ed has been a fervent advocate for economic development, food sovereignty, and community progress in Native American communities throughout the United States.

Ed was born and raised in the midwest with strong ties to Detroit.  Today he lives just outside Washington, DC with his family and Australian labradoodle.  Ed is an accomplished rower and trail runner and has served as Deacon and Elder at his local Presbyterian Church.

EDUCATION
- University of Virginia School of Law, Charlottesville, Virginia
  - J.D. - 2001
- George Washington University, Graduate School of Political Management
  - M.A., Master of Arts - 1996
- University of Michigan
  - A.B., Bachelor of Arts - 1994

BAR ADMISSIONS
- District of Columbia
- Pennsylvania
- Arizona
- U.S. District Court for the District of Columbia
- U.S. District Court Eastern District of Pennsylvania
- U.S. Court of Appeals 7th Circuit


**JAMES KAWAHITO**

After four seasons bouncing around in professional basketball leagues overseas, James accepted (what everyone else already knew) that basketball was not going to be a viable career option. James then enrolled in law school at UCLA where he graduated near the top of his class, and began practicing law in 2004.

James started his law career with a clerkship with the Honorable David Allan Ezra of the United Stated District Court for the District of Hawaii, and then practiced at multinational law firms before breaking free in 2008 to start his own boutique firm with several partners. For nearly 20 years, James has assisted clients litigating a vast array of disputes. James' practice focuses primarily on complex, commercial litigation including consumer, employment, and, civil rights class actions. However, he also has extensive experience in contract, entertainment, real estate, employment, environmental, consumer, and business litigation. James has represented clients in diverse fields including professional athletes, hotel and resorts, Fortune 100 companies, technology companies, real estate developers, employees, and entrepreneurs.

Through his class action practice, James has obtained settlements valued in excess of $60 million on behalf of class members. He recently won a $4.3 million jury verdict in San Francisco Superior Court where a garbage truck driver was permanently injured on the job after the defendant repeatedly failed to remove a known, dangerous hazard. James is licensed to practice in California and Hawaii, but has assisted clients in disputes throughout the United States and internationally. James grew up in Tennessee, but left for the East Coast after being recruited to play for the Yale University Men's Basketball Team. He moved to Southern California in 2001 and has not looked back. He currently sits on the board of FIYA, a non-profit organization dedicated to providing sports programs to underserved youth in the Los Angeles area as well as LA Sky, a non-profit club basketball/AAU program for girls.

EDUCATION
- University of California at Los Angeles (UCLA) School of Law, Los Angeles, California
  - J.D.
  - Honors: Order of the Coif
  - Law Review, UCLA Law Review, Editor
- Yale University, New Haven, Connecticut
  - B.A.
  - Major: Economics

BAR ADMISSIONS
- California, 2004
- Hawaii, 2009

**ROSSANA ARTEAGA-GOMEZ**

Rossana practices civil litigation and criminal defense in both federal and state court. Rossana's extensive and varied litigation experience, negotiation skills, and trial tactics have resulted in a track record of exceptional outcomes over many years of practice. Rossana excels at organizing and leading trial teams comprised of lawyers, expert witnesses, investigators and paraprofessionals.

Rossana has experience litigating general business disputes, unlawful competition claims, tortious interference claims, employment disputes, civil rights claims, and a variety of individual and business tort claims. In addition to her civil litigation practice, Rossana has experience defending a broad range of criminal law matters, including healthcare fraud, bank fraud, insurance fraud, wire fraud, felonies involving violent crimes, sexual battery, child pornography, and misdemeanors.

Rossana has an active trial practice and has had multiple lengthy civil and criminal trials involving dozens of witnesses. In 2023, Rossana was one of the lead attorneys who successfully prosecuted a First Amendment retaliation claim against a sitting City of Miami Commissioner, helping the trial team win a $63.5 million judgment for the clients. Notably, during a short break in that seven-week First Amendment retaliation trial, Rossana tried a separate criminal case obtaining an acquittal for her client. In 2019, Rossana was one of the lead attorneys defending the then-largest healthcare fraud case in the nation in a trial that also lasted seven weeks. Rossana developed the theory of defense on the principal count of health care fraud conspiracy. The jury deadlocked, and so her client avoided a conviction on that count.

Rossana honed her trial skills as a Miami-Dade Assistant Public Defender. In that position, she tried a wide variety of cases ranging from first degree murder, burglary, and insurance fraud to driving under the influence. Rossana also successfully argued a Stand-Your-Ground Motion obtaining the dismissal of an aggravated assault with a deadly weapon charge. Additionally, Rossana successfully argued motions to suppress and for judgment of acquittal, as well as defended clients in pre-trial detention and alleged probation violation hearings.

Rossana served as a Law Clerk to U.S. District Judge Marcia G. Cooke and U.S. Magistrate Judge Edwin G. Torres in the Southern District of Florida. She has worked at boutique and large litigation firms. Rossana also taught legal research and writing for three years at the University of Miami School of Law.

Rossana is a Miami native and speaks fluent Spanish. She serves on the Board of Directors of the Friendship Circle of Miami.

EDUCATION
- University of Miami School of Law, Coral Gables, Florida
  - J.D. - 2005
  - Honors: *cum laude*
- University of Miami
  - B.A. - 2002

BAR ADMISSIONS
- Florida, 2005
- U.S. District Court Southern District of Florida, 2006
- U.S. District Court Middle District of Florida

**JOSH SHORE**

Josh has spent his entire legal career honing his skills by working with—and against—some of the most feared and respected litigators in the country.

Drawing from his extensive experience handling a broad array of civil and criminal matters, Josh is uniquely qualified to devise creative solutions to seemingly intractable problems. He specializes in conveying complex concepts in the most simple and persuasive terms, and is committed to tailoring a hands-on, collaborative approach that meets the particularized needs of each client.

Before joining AXS LAW, Josh was a partner at Black Srebnick Kornspan & Stumpf, P.A., where he successfully represented both individual and institutional clients in a variety of high-stakes matters, including corporate divorces, contract disputes, and the civil implications of white-collar criminal investigations at all levels of state and federal court, including the United States Supreme Court.

Josh began his legal career at the prestigious boutique law firm, Podhurst Orseck, P.A. before serving as a law clerk to two federal judges—United States Magistrate Judge Andrea M. Simonton and United States District Judge Jose E. Martinez.

Josh has worked as a volunteer lawyer for political causes, including the Florida Democratic Party, as well as for the Presidential campaigns of Barack Obama and Joe Biden. And, while he was a student, Josh interned in Lennar Corporation's legal department, the Office of President William J. Clinton in New York, the United States Attorney's Office for the Southern District of Florida, and the Chambers of United States Magistrate Judge Theodore E. Klein.

For several years, Josh has been recognized by his peers for his exceptional results, including being recognized as a "Rising Star" by Florida Super Lawyer, a "Legal Elite" by Florida Trend Magazine, and a "Top Up and Comer" by South Florida Legal Guide. Before joining the firm, Josh was a member of the team that was named the Most Effective Lawyers in the Appellate category by the Daily Business Review. And, after Josh joined the firm, AXS LAW was honored as the Most Effective Commercial Litigation Department by the Daily Business Review twice in three years and featured as a "Spotlight" firm for dispute resolution in South Florida by Chambers & Partners.

Josh earned his undergraduate degree from Washington University in St. Louis, and graduated *magna cum laude* as a member of the Order of the Coif from the University of Miami School of Law, where he was Articles and Comments Editor for the Inter-American Law Review and the recipient of several honors and awards, including the Dean's Merit Scholarship. He is admitted to practice in Florida and the United States Supreme Court.

EDUCATION
- University of Miami School of Law, Coral Gables, Florida
  - J.D. – 2006
  - Honors: magna cum laude
  - Honors: Order of the Coif
  - Law Review: University of Miami Inter-American Law Review, Articles and Comments Editor
- Washington University in St. Louis, St. Louis, Missouri
  - B.A. – 2003
  - Major: Political Science

BAR ADMISSIONS
- Florida
- United States Supreme Court


**BRIAN TINKHAM**

Brian Tinkham is a litigator with a focus on business, intellectual property (copyright, trademark, and trade secret disputes), and entertainment disputes. He also provides general counseling services.
Brian has represented Fortune 100 companies, Fortune 500 companies, small businesses, start-up companies, high-net-worth individuals, and entertainment industry talent in actions in actions involving breach of contract, copyright infringement, trademark infringement, trade secret misappropriation, right of publicity/privacy, accounting (royalty and profit participation), defamation, class actions, fraud, breach of fiduciary duty, employment issues, and other claims. He has also gone up against Fortune 100 and Fortune 500 companies on behalf of his clients.
Experienced in every phase of litigation through trial. Brian will seek to understand all of the facts relevant to his client's case, identify the strengths of the case, and strategically develop his client's factual and legal arguments. He has gone to trial and/or arbitration on numerous occasions. He has also appeared in international arbitration involving cross-border disputes. However, when applicable, Brian has also assisted his clients in resolving their claims in pre-litigation. Brian was selected as a Rising Star Super Lawyer in business litigation by Super Lawyers in 2014 and 2015.

EDUCATION
- Donald E. Biederman Entertainment and Media Law Institute at Southwestern Law School, Los Angeles, California
  - J.D. - 2004

- Hastings College
    - B.A. - 1997
    - Honors: With Distinction

BAR ADMISSIONS
- California

**ANDREA K. LOVELESS**

Armed with a degree in mathematics, Andrea Loveless brings an analytical approach to zealous advocacy. After graduating from George Mason University School of Law in Washington D.C., Andrea was awarded the prestigious George N. Lindsey Fellowship at the Lawyers' Committee for Civil Rights Under Law. As a civil rights lawyer, she litigated at the highest level, co-authoring several amicus briefs filed with the United States Supreme Court.

Andrea expanded her practice to include business and employment litigation after moving from Washington D.C. to Los Angeles. She has handled a wide array of matters, including disputes involving trademarks, contracts, real estate matters, administrative law, writs, employment issues, class actions, landlord-tenant disputes and other varieties of commercial litigation.

EDUCATION
- George Mason University School of Law, Arlington, Virginia
    - J.D. - 2007
    - Honors: George N. Lindsey Fellowship at the Lawyers' Committee for Civil Rights Under Law
- Boston University
    - B.A.
    - Honors: With Honors
    - Major: Mathematics

BAR ADMISSIONS
- California

**ALICE FÉROT**

Alice represents foreign and domestic corporations as well as individuals in connection with civil and corporate matters. She has gained, through her experience as a federal clerk, as litigator, and as corporate counsel, a practical understanding of litigation, a valuable

insight into the inner workings of the judicial system, as well as the ability to see the business perspective of her clients.

Prior to joining AXS LAW in 2019, Alice worked at a premier trial firms, where she handled complex civil matters and alternative dispute resolution proceedings related to business disputes, securities class actions, banking practices, real estate development deals, and corporate governance. She was the lead associate in the high-profile representation of a media company defending a defamation lawsuit arising out of so-called "Russian Dossier" authored by former a British intelligence officer.

Alice served as a federal law clerk to U.S. District Judge Marcia Cooke of the Southern District of Florida. Additionally, she interned for U.S. Magistrate Judge Edwin G. Torres of the Southern District of Florida and for the Honorable Amy Steele Donner, in the Eleventh Judicial Circuit of Florida.

Prior to moving in the United States, Alice worked for three years in Paris as corporate counsel for a French defense contractor operating in the fields of aerospace and national security, where she negotiated international contracts for the sale of goods and services, coordinated mergers, acquisitions, and the creation of affiliated companies.

Alice holds an LL.M. in General Studies from New York University School of Law and a LL.M. in International Business Lawfrom the University of Montpellier, France. She graduated from Florida International University School of Law with honors. While a law student, Alice was an editor of the FIU Law Review, which published her comment in 2013.

Alice is admitted to practice law in the states of Florida and New York. She is fluent in French and Italian.

EDUCATION
- Florida International University College of Law, Miami, Florida
    - J.D. - 2012
    - Honors: With Honors
    - Law Review, FIU Law Review, Editor
- New York University School of Law, New York, New York
    - LL.M. - 2008
    - Major: General Studies
- Universite Montpellier I Faculte de Droit et des Sciences Economiques, Montpellier
    - LL.M. - 2004
    - Major: International Business Law

BAR ADMISSIONS
- New York
- Florida

**JOANNA NIWOROWSKI**

Joanna has joined the firm as its newest associate and will work closely with the firm's litigation team as she begins her legal career at AXS LAW Group.

Joanna received her B.A. from the University of Miami, cum laude, in 2018 and her Juris Doctor from the University of Miami School of Law, summa cum laude, in 2021. While attending Miami Law, Joanna served as the Senior Articles Editor for the University of Miami Law Review and as a Dean's Fellow in the Academic Achievement Program. Joanna also worked as a research assistant for Anthony E. Varona, Dean Emeritus of the University of Miami School of Law.

During law school, Joanna interned for United States Magistrate Judge Edwin G. Torres in the Southern District of Florida and at the US Securities and Exchange Commission, Office of International Affairs.

EDUCATION
- University of Miami School of Law, Coral Gables, Florida
  - J.D. - 2021
  - Honors: *summa cum laude*
  - Honors: Dean's Fellow in the Academic Achievement Program
  - Law Review, University of Miami Law Review, Senior Articles Editor
- University of Miami
  - B.A. - 2018
  - Honors: *cum laude*

BAR ADMISSIONS
- Florida

**BERNARDO FRANCO**

Bernardo is a dual-qualified attorney licensed in Brazil and New York, renowned for his expertise in cross-border disputes and complex commercial litigation. His practice spans the United States and Brazil, where he delivers strategic legal solutions to clients navigating multifaceted international issues.

Bernardo began his career at a prestigious Brazilian law firm, where he honed his skills in high-stakes litigation before founding his boutique practice in Brasília. His firm quickly became a go-to destination for clients seeking innovative litigation strategies. Prior to launching his firm, Bernardo served at Brazil's Ministry of Finance, providing pivotal legal

advice on tax policy and leading privatization initiatives for critical infrastructure, including railways and ports.

Bernardo earned his Master's Degree in Law from the University of Brasília, a program known for producing some of Brazil's most influential legal and political leaders. He also holds an LL.M. from New York University School of Law, and is admitted to practice in New York and Brazil.

EDUCATION
- New York University School of Law, New York, New York
    - LL.M. - 2016
    - Major: General Studies
- University of Brasilia, Brasilia, DF, Brazil
    - LL.M. - 2014
    - Major: Constitutional and Tax Law

BAR ADMISSIONS
- New York, 2017
- U.S. District Court Southern District of New York, 2018
- Brasilia, DF, Brazil, 2010

**SAM KRAMER**

Sam received his B.A. from Emory University in 2019 and his Juris Doctor from University of Miami, cum laude, in 2023. While in law school, Sam interned with the United States District Court for the Southern District of Florida, for the Hon. Judge Bloom; the United States Attorneys' Office for the Southern District of Florida in the Economic and Environmental Crimes Division; the Children and Youth Law Clinic at Miami law; and AXS Law Group.

Sam served as an Articles and Comments Editor for the Inter-American Law Review and his note titled Are We Atoning for Our Past or Creating More Problems: How COVID-19 Legislative Relief Laws Are Shaping the Identities of Indigenous Populations in North America was published in the Law Review's 54th Edition.

Before law school Sam worked as an apprentice baker for a South Beach bakery and a rowing coach for the Miami Beach Rowing Club. Sam is also an aspiring artist, often using recycled goods as his preferred medium.

EDUCATION
- University of Miami School of Law, Coral Gables, Florida

- - J.D. - 2023
  - Honors: *cum laude*
- Emory University
  - B.A. - 2019

BAR ADMISSIONS
- Florida

**JENNA FEROLIE**

Jenna earned her B.A. from the University of Miami in 2021 and graduated cum laude with a Juris Doctor from the same institution in 2024. During her time in law school, Jenna honed her legal skills through internships at JOTWELL, an online law review publication, as well as at Horr, Skipp, & Perez, a maritime personal injury defense firm, and AXS Law Group. During her time in law school, Jenna became a three-time recipient of the CALI Excellence for the Future Award, which she received in her Transactional Skills, Family Law, and Dispute Resolution, Technology, and the Digital Economy courses. She also earned two Dean's Certificates of Achievement Awards for papers she authored in her International Criminal Law and Philosophy of Law courses.
Beyond her legal pursuits, Jenna has a passion for culinary creativity. A self-proclaimed foodie and home chef, she delights in crafting innovative pasta dishes every Sunday.

EDUCATION
- University of Miami School of Law, Coral Gables, Florida
  - J.D. - 2024
  - Honors: *cum laude*
- University of Miami
  - B.A. - 2021

BAR ADMISSIONS
- Florida

**LINA COHEN**

Lina has over 12 years of experience in various areas of the law, with the last 7 years primarily focused on intellectual property litigation working in NYC boutique firms.
As a paralegal, Lina works behind the scenes to ensure that her colleagues always have what they need to represent clients. She is responsible for all phases of litigation support, including drafting court documents, discovery, case management, trial preparation, and

trial support. When not in the office or court, Lina enjoys spending time with family, traveling and cooking. Lina is also fluent in Russian.

**SEBASTIAN BURNSIDE**

Sebastian is a seasoned legal professional with over two decades of dedicated service in the legal field. He has a profound commitment to ensuring his colleagues have all the necessary resources to most effectively serve clients. Experienced in several areas of law, his primary focus is on employment and business litigation.

As a paralegal, Sebastian takes on a wide range of responsibilities, including litigation support, drafting legal documents, preparing and managing discovery, assisting colleagues with depositions and trials, and providing unwavering support to clients during their legal journeys. Beyond the demanding world of law, Sebastian loves spending quality time with his family. He is also an avid sports fan and frequently attends sporting events to cheer for his favorite teams.