**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SHAWN CAREY, MSS CAPITAL, LLC, HUNTS ROAD, LLC, ION1 LLC, BRICKELL CAPITAL SOLO 401K TRUST, KAILEY LEWIS, EDWARD REINLE, EMANUEL VALADAKIS and ZITAH MCMILLAN-WARD, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>MICHAEL MOE, PETER B. RITZ, LZG INTERNATIONAL, INC., ROGER HAMILTON, and GENIUS GROUP LIMITED,<br><br>    Defendants. | Case No. 1:24-cv-07551 |

## PLAINTIFFS' NOTICE OF Withdrawal of Motion to Consolidate

Pursuant to this Court's Order (ECF No. 24), and for the reasons stated on the record,

Plaintiffs hereby withdraw their Motion to Consolidate (ECF No.13).

Dated: January 10, 2025.

                    Respectfully submitted,

                    **AXS LAW GROUP, PLLC**
                    2121 NW 2nd Avenue, Suite 201
                    Miami, FL 33127
                    Tel:  305.297.1878
                    By: */s/ Jeffrey W. Gutchess*
                    Jeffrey W. Gutchess
                    jeff@axslawgroup.com
                    Bernardo N. de Mello Franco
                    bernardo@axslawgroup.com
                    eservice@axslawgroup.com

                    *Counsel for Plaintiffs*

1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on January 10, 2025, a true and correct copy of the foregoing was served on all counsel of record via CM/ECF.

By: */s/ Jeffrey W. Gutchess*
Jeffrey W. Gutchess