USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/1/2025

# KING & SPALDING

King & Spalding LLP
Southeast Financial Center
200 S Biscayne Boulevard
Suite 4700
Tel: +1 305 462 6000
www.kslaw.com

Barry Kamar
Partner
Direct Dial: +1 305 462 6044
bkamar@kslaw.com

January 31, 2025

**VIA ECF**

Hon. Mary Kay Vyskocil
Daniel Patrick Moynihan United State Courthouse
500 Pearl Street
New York, New York 10007

      Re:    *Carey et al. v. Moe et al.*,
              Case No. 1:24-CV-7551-MKV

Dear Judge Vyskocil:

      We write on behalf defendants LZG International, Inc. ("LZGI"), Michael Moe, and Peter Ritz (collectively, the "LZGI Defendants") in the above-referenced matter to request an extension of time to respond to the Complaint. Our firm was retained on January 27, 2025 to represent LZGI, Moe, and Ritz in the above-referenced action, as well as in three related proceedings (one in the SDNY before your honor and two in other forums). We are in the process of familiarizing ourselves with the facts of the case and the allegations asserted in the Complaint. Accordingly, we request an extension of time of 30 days to answer, move, or otherwise respond to the Complaint. This is LZGI Defendants' first request for an extension of time. Today we attempted several times to contact Plaintiffs' counsel by telephone and email to request Plaintiffs' position with respect to the instant request. As of the time of the filing of this letter, we have not received a response.

                        Respectfully submitted,

                        */s/ Barry Kamer*
                        Barry Kamar

Cc: Counsel of Record (via ECF)

**Granted. SO ORDERED.**

Date: 2/1/2025
New York, New York

*Mary Kay Vyskocil*
Mary Kay Vyskocil
United States District Judge