UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SHAWN CAREY, MSS CAPITAL, LLC, HUNTS ROAD, LLC, ION1 LLC, BRICKELL CAPITAL SOLO 401K TRUST, KAILEY LEWIS, EDWARD REINLE, EMANUEL VALADAKIS and ZITAH MCMILLAN-WARD, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MICHAEL MOE, PETER B. RITZ, LZG INTERNATIONAL, INC., ROGER HAMILTON, and GENIUS GROUP LIMITED,<br><br>Defendants. | Case No. 1:24-cv-07551 |

### NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiffs, Shawn Carey, MSS CAPITAL, LLC, Hunts Road, LLC, ION1 LLC, Brickell Capital Solo 401K Trust, Kailey Lewis, Edward Reinle, Emanuel Valadakis and Zitah Mcmillan-Ward, pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure, voluntarily dismiss this action without prejudice.

Dated: February 25, 2025.

1

        Respectfully submitted,

        **AXS LAW GROUP, PLLC**
        2121 NW 2nd Avenue, Suite 201
        Miami, FL 33127
        Tel:  305.297.1878

        By: */s/ Jeffrey W. Gutchess*
        Jeffrey W. Gutchess
        jeff@axslawgroup.com
        Bernardo N. de Mello Franco
        bernardo@axslawgroup.com
        eservice@axslawgroup.com

        *Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on February 25, 2025, a true and correct copy of the foregoing was served on all counsel of record via CM/ECF.

        By: */s/ Jeffrey W. Gutchess*
            Jeffrey W. Gutchess